**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ARMANDO AGUILAR and BENITO CRUZ
TORRES, *individually and on behalf of others
similarly situated*,

                    *Plaintiffs*,

                  -against-

HAM N EGGERY DELI INC. (d/b/a NEW
YORK DELI), and KOSTAS KALOUDIS,

                    *Defendants.*
-------------------------------------------------------X

**Index No. 15-cv-2781 (KAM) (MDG)**

**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joshua S. Androphy dated October 30, 2019, the accompanying Memorandum of Law, and all the papers and proceedings had herein, Plaintiffs will move this Court, before the Honorable Kiyo A. Matsumoto, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201 on a date to be determined by the Court, for an Order, awarding Plaintiff' attorneys' fees and costs, together with such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated September 27, 2019 any opposition to Plaintiffs' motion shall be served on or before December 2, 2019, and any reply by Plaintiffs shall be served on or before December 13, 2019.

Dated:     New York, New York
             October 30, 2019

                                            By:    /s/Joshua S. Androphy_____
                                                      Joshua S. Androphy
                                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

- 2 -

                60 East 42nd Street, Suite 4510
                New York, New York 10165
                Telephone: (212) 317-1200
                Facsimile: (212) 317-1620
                *Attorneys for Plaintiffs*

TO:
Kenneth F. McCallion
McCallion & Associates LLP
100 Park Avenue, 16 Floor
New York, New York 10017
*Attorney for Defendants*

- 2 -